FORM 18. Joint Stipulation of Voluntary Dismissal

Form 18
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

**Case Number** 2025-1735

**Short Case Caption** NJOY, LLC v. ITC

**Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

2025-1735 (originating case number 337-TA-1372, U.S. International Trade Commission).

Costs are to be assigned as follows:

☑ Each side shall bear their own costs.
☐ Other:

Date: 06/23/2025

Signature: /s/ Mark A. Perry
Name: Mark A. Perry
Party Name: Appellant NJOY, LLC

Date: 06/25/2025

Signature: /s/ B. Rashmi Borah
Name: B. Rashmi Borah
Party Name: Appellee Int'l Trade Comm'n

☑ Additional pages attached

**Joint Stipulation of Voluntary Dismissal** (p. 2)

**Signatures** (Continued)

| | |
|---|---|
| Date: 7/8/2025 | Signature: */s/ Michael T. Renaud* <br> Name: Michael Renaud <br> Party Name: Intervenor JUUL Labs, Inc. |